**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EDITH GYAN PARNELL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 11-591-JJB-DLD** |
| **MALL OF LOUISIANA, LL., ET AL.** | |

## MAGISTRATE JUDGE'S REPORT

This slip and fall action is before the court on defendants' motion to remand (rec. doc. 11). The motion is unopposed and has been referred to this court for a report and recommendation.

Defendants removed this matter based on diversity jurisdiction. See 28 U.S.C. §1332. In order to establish that this court has subject matter jurisdiction based on diversity, the removing party must establish that the parties are of diverse citizenship and that the amount in controversy is satisfied. *Garcia v. Koch Oil Co. of Texas, Inc.,* 351 F.3d 636, 638 (5th Cir. 2003); *citing St. Paul Reinsurance Co. v. Greenberg,* 134 F.3d 1250, 1253 (5th Cir. 1998). Remand is proper if at any time the court lacks subject matter jurisdiction. See 28 U.S.C. §1447(c).

Defendants failed to allege facts sufficient to prove the citizenship of each corporate defendant in the notice of removal[1] (rec. doc. 1). After being notified twice by the court that the facts alleged in the notices of removal were insufficient to establish diversity of citizenship, defendants filed a motion to remand stating that they are unable to allege facts

---

[1] Named as defendants in this action are Mall of Louisiana, LLC; GGP-Mall of Louisiana, LP; and Xencom Facility Management, LLC (rec. doc. 1).

to support diversity of citizenship and requesting that this matter be remanded (rec. doc. 11).

Defendants are unable to carry their burden of establishing diversity jurisdiction; therefore, it is recommended that this matter be remanded. Accordingly,

**IT IS RECOMMENDED** that the motion to remand (rec. do. 11) should be **GRANTED** and that this matter should be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on December 12, 2011.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

EDITH GYAN PARNELL               CIVIL ACTION

VERSUS                           NUMBER 11-591-JJB-DLD

MALL OF LOUISIANA, LL., ET AL.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 (fourteen) days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on December 12, 2011.

MAGISTRATE JUDGE DOCIA L. DALBY