UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDITH GYAN PARNELL

VERSUS

MALL OF LOUISIANA, ET AL

CIVIL ACTION

NO. 11-591-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated December 12, 2011 (doc. no. 12) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the motion to remand (doc. no. 11) is GRANTED and this matter is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, January 5, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA